IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARONDRICK LEWIS , | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00407-TES |
| | * |
| SMYRNA TRUCK AND CARGO LLC et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 28, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 28th day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk